AUSA:  Kevin Mulcahy          Telephone:  (313) 226-9100
AO 91 (Rev. 11/11)  Criminal Complaint          Special Agent:  Laura Trainer          Telephone:  (313) 226-0500

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

United States of America
v.

Colin Clemente Martin

Case No.

Case: 2:20−mj−30508
Assigned To : Unassigned
Assign. Date : 12/8/2020
Description: RE: SEALED MATTER
(EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____September 2014 to February 2019,_____ in the county of _____Macomb,_____ in the
_____Eastern_____ District of _____Michigan_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 2422(b) | Coercion or enticement of a minor to engage in unlawful sexual activity |
| 18 USC § 2251(a) | Production of child pornography |
| 18 USC § 2252A(a)(2) | Receipt of child pornography |
| 18 USC § 2252A(a)(5)(B) | Possession of child pornography |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Laura L. Trainer, Special Agent (HSI)
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date:  December 8, 2020

_____
Judge's signature

City and state:  Detroit, Michigan

Hon. David R. Grand, United States Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR CRIMINAL COMPLAINT AND ARREST WARRANT

I, Laura Trainer, being first duly sworn, state as follows:

## I. INTRODUCTION

1.      I am a Special Agent with the Department of Homeland Security Homeland Security Investigations (HSI) in Detroit, Michigan.  I have been employed as a Special Agent for HSI since March 2007 and am currently assigned to the Cyber Crimes Group.  While employed as a Special Agent by HSI, I have assisted with investigations related to child exploitation and child pornography.  I have received training in the area of child pornography and child exploitation and have had the opportunity to observe and review examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media, including computer media.  In June 2019, I successfully completed the International Crimes Against Children (ICAC) Undercover Chatting Investigations training held in Fairfax, Virginia.

2.      This affidavit is made in support of an application for a criminal complaint and arrest warrant for **Colin Clemente MARTIN** for violations of Title 18, United States Code, Sections 2422(b), which makes it a crime for any person to utilize the mail or any facility or means of interstate or foreign commerce, or within the special maritime and territorial jurisdiction of the United States  to knowingly persuade, induce, entice, or coerce any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any

1

person can be charged with a criminal offense, or to attempt to do so; as well as Title 18, United States Code, Sections 2251(a), 2252A(a)(2) and 2252A(a)(5)(B), which make it a crime for any person to knowingly produce, receive, or possess child pornography that has been mailed, shipped, or transported in interstate or foreign commerce by any means, including by computer.

3.      The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information made available to me by other law enforcement professionals.  These facts are provided for the sole purpose of establishing probable cause for the issuance of a criminal complaint and arrest warrant; therefore, this affidavit does not necessarily contain all information uncovered during this investigation. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation.  I have set forth only the facts that I believe are necessary to establish probable cause for an arrest warrant for **Colin Clemente MARTIN**.

4.      Pursuant to the provisions of Title 18, United States Code, section 2256, "child pornography," as used in this affidavit, includes any visual depiction, including any photograph, film, video, picture, or computer generated image or picture of sexually explicit conduct where the production of the visual depiction involved the use of a minor engaging in sexually explicit conduct.

2

## BACKGROUND ON MUSICAL.LY APPLICATION

5.      Musical.ly was a social media service on which platform users created and shared short lip-sync videos.  Through the application, users could create 15-second to 1-minute lip-syncing music videos and choose soundtracks to accompany them, use different speed options and add pre-set filters and effects. Active users with higher rates of popularity were assigned crowns by Musical.ly. Musical.ly merged with another social media application TikTok in August 2018.

## BACKGROUND ON TIKTOK APPLICATION

6.      Prior to merging with Musical.ly, TikTok was a video-sharing social networking service founded in 2012. It is used to create short dance, lip-sync, comedy and talent videos.  TikTok became available in the United States after merging with Musical.ly in August 2018. The application allows users to create short music and lip-sync videos of 3 to 15 seconds and short looping videos of 3 to 60 seconds.  After merging with Musical.ly in August, downloads rose and TikTok became the most downloaded application in the United States in October 2018. The TikTok mobile application allows users to create a short video of themselves which often feature music in the background, can be sped up, slowed down or edited with a filter.  The app allows users to set their accounts as "private." Users can also send their friends videos, emojis, and messages with direct messaging.

3

## BACKGROUND ON SKYPE APPLICATION

7.     Skype is a telecommunications application that specializes in providing video chat and voice calls between computers, tablets, mobile devices, the Xbox One console, and smartwatches over the Internet. Skype also provides instant messaging services. Users may transmit text, video, audio and images. Skype also allows video conference calls. Skype allows users to communicate over the Internet by voice, using a microphone, by video using a webcam and by instant messaging.

### II.     PROBABLE CAUSE

### **Minor Victim 1 and Minor Victim 2**

8.     HSI Detroit received information from the HSI Office of the Assistant Attaché, Toronto, Canada (HSI Toronto) indicating a subject utilizing the username "@jazzymarr" on the social media application Musical.ly coerced a minor aged victim (herein referred to as MV-1) to produce child exploitation images and videos between April 27, 2017 and May 1, 2017.

9.     On May 1, 2017, the Toronto Police Service Internet Child Exploitation Unit (TPS) was notified regarding an online luring investigation involving MV-1 through the app Musical.ly.

10.     According to a TPS police report on May 1, 2017, MV-1, who was 9 years old at the time, heard from friends that a talent scout on Musical.ly named "Jazzy Martinez" utilizing username "@jazzymarr" could make young girls famous and help them attain a "crown", which is the ultimate status in popularity on the app.  The Musical.ly profile picture for "Jazzy Martinez" depicted a white female with brunette hair, approximately 14-16 years old.  A crown icon is visible next to the profile picture along with the username "@jazzymarr".  The profile page of the account also had the following information listed, "I'm a talent agent & model.  I make girls like you famous!  Message me if you want to get crowned (:"

11.     According to TPS, MV-1 contacted "Jazzy" on the Musical.ly app on April 30, 2017 at 7:57 am, started a conversation and requested "Jazzy" to make him/her famous.  "Jazzy" started communicating with and befriended MV-1.  MV-1 sent numerous dance videos to "Jazzy" before "Jazzy" convinced him/her to download and log into a Skype account that was created for him/her to continue their communication.

12.     "Jazzy" provided MV-1 with a Skype email address, "dancegirl@envy17.com", and account bearing MV-1's first name and first initial of his/her last name.  MV-1 logged into the Skype account with the email address and password provided by "Jazzy" and was connected to "Jasmine" (jazzymarr).  "Jazzy" would give directions to MV-1 on Skype chat on how to turn on the

camera and show him/herself and also asked about MV-1's sibling (herein referred to as MV-2).  "Jazzy" persuaded MV-1 to take the phone in the bathroom while MV-2, who was 12 years old at the time, was taking a shower and face the camera towards him/her.  "Jazzy" would also ask MV-1 to show his/her buttocks and full body view on camera.  MV-1 complied with all of "Jazzy's" requests.  "Jazzy" would demand re-takes if the video or the view was not clear.

13.    On May 1, 2017, MV-2 found an inappropriate message from "Jazzy" on MV-1's iPod and told their parent who called TPS.  TPS reviewed the communications between "Jazzy" and MV-1, which had specific instructions from "Jazzy" telling MV-1 what to do if he/she wanted to be famous.  Only text messages were available on the Skype platform, no video chats were available.

14.    On May 2, 2017, MV-1 was interviewed by a Detective Constable from the Toronto Police Service Sex Crimes Unit during which time MV-1 disclosed the following information:

    i.      MV-2 stated he/she was 9 years old and in grade 3.

    ii.     When asked if he/she knew what they would be talking about during the interview, MV-1 stated it was about "the girl that made me do something".  MV-1 knew this girl as "Jasmine" or "Jameen".

    iii.    MV-1 disclosed that his/her friend told him/her about a famous girl on Musical.ly that could get him/her crowned [MV-1 is referring to "Jasmine"].  MV-1 explained that being crowned

means you're are famous on Musical.ly and he/she wanted to be famous on Musical.ly.

iv.    MV-1 disclosed he/she looked at "Jasmine's" profile page on Musical.ly and it stated she was an agent/model, she can help girls like you get famous and message me if you want to get crowned.  MV-1 stated "Jasmine" looked like a teenager or more like an adult, had black hair, white skin and lots of makeup.  MV-1 could only see "Jasmine's" face and shoulder/chest area in the profile picture.  MV-1 disclosed the person he/she was communicating with had a fake crown on their profile picture because it was not in the correct place.

v.    MV-1 disclosed that he/she messaged "Jasmine" directly, and "Jasmine" replied a couple days later asking MV-1 if he/she was confident and if he/she was, he/she needed to download Skype.

vi.    MV-1 disclosed he/she downloaded Skype but was not sure how to get an ID so "Jasmine" created one for him/her.  MV-1 stated that was when he/she realized "Jasmine" had access to it.

vii.    MV-1 then began communicating with "Jasmine" via Skype. "Jasmine" asked MV-1 again if he/she was confident in his/her body, and if his/her sibling was confident.

viii.    MV-1 disclosed that her sibling was in the shower, and "Jasmine" told him/her to show the sibling taking a shower because "I ["Jasmine"] want to see [him/her]"

ix.    MV-1 disclosed that he/she showed "Jasmine" his/her sibling in the shower but thought he/she covered the screen fast enough; however, "Jasmine" told MV-1 "oh my gosh, I saw [his/her]

butt". MV-1 disclosed he/she had this feeling it was not right, but he/she really wanted the crown and kept going. MV-1 told "Jasmine" he/she "I don't think I should do this", and "Jasmine" told him/her "to go in the bathroom and say you need something".

x.   "Jasmine" asked MV-1 to show his/her sibling again because the first time was "too fast", but MV-1 refused.

xi.   MV-1 disclosed that "Jasmine" asked "weird questions" like if he/she was comfortable showing his/her butt and told MV-1 it was all about confidence and he/she could get a crown. MV-1 stated he/she really wanted a crown, so he/she did it. After the first time showing his/her butt, "Jasmine" kept asking MV-1 to do it again numerous times.

xii.   MV-1 disclosed that "Jasmine" also asked him/her to communication via FaceTime, and instructed MV-1 how to use the camera on FaceTime. MV-1 disclosed he/she could not see or hear what "Jasmine" was doing or saying, but "Jasmine" could see and hear him/her.

xiii.   MV-1 disclosed "Jasmine" asked to see his/her whole body with his/her clothes off. MV-1 disclosed that he/she showed his/her whole body without clothes on while they were in the bathroom.

xiv.   MV-1 disclosed he/she showed "Jasmine" his/her body three times and his/her siblings' body once.

xv.   MV-1 stated "Jasmine" did not ask him/her to send any pictures or touch him/herself.

xvi.   MV-1 disclosed that "Jasmine" knew he/she was 9 years old because MV-1 told her "…I'm only 9."

xvii.   MV-1 disclosed he/she and "Jasmine" communicated for approximately one week.

15.   On May 2, 2017, MV-2 was interviewed by two Detective Constables from the Toronto Police Service Sex Crimes Unit during which time MV-2 disclosed the following information:

i.   MV-2 stated he/she was 12 years old.

ii.   When asked if he/she knew what they would be talking about during the interview, MV-2 stated he/she "found something bad on my [sibling's] iPod."

iii.   MV-2 disclosed he/she saw messages on Skype from someone MV-1 did not know and was older than him/her on May 1, 2017.  MV-2 disclosed he/she thought it might be a "child predator" because they were asking MV-1 to do things that "weren't good" like showing his/her butt to the camera and taking a picture of MV-2 getting out of the shower.

iv.   MV-2 described the person in the profile picture as a white female with shoulder length dark hair who looked to be in their 20's or maybe 18.  All that was visible in the picture was this person's head and shoulders/chest area.

v.   MV-2 disclosed MV-1 showed him/her this person's Musical.ly profile which mentioned something about wanting a crown so MV-2 knew it was the same person from Skype.  MV-2 disclosed the person that was communicating with MV-1 had a

fake crown on their profile picture because it was not in the correct place.

vi.    MV-2 disclosed one of MV-1's friends showed him/her this person's profile on Musical.ly

vii.   MV-2 disclosed MV-1 told him/her did not know how to set up a Skype account so this person set it up for them.

viii.  MV-2 disclosed the Skype messages talked about being confident, "that was too fast" and "put it closer".  MV-2 also saw messages telling MV-1 to take the iPod in the shower with him/her so this person could watch MV-1 showering and to show MV-2 in the shower.

ix.    MV-2 disclosed he/she did not see any pictures being sent, only messages.

x.     MV-2 disclosed that MV-1 was upset when explaining the messages to MV-2, but that MV-1 really wanted to get a crown. Crowns mean you are famous on Musical.ly.

xi.    MV-2 disclosed MV-1 had a Musical.ly account for approximately five months.

16.    On May 4, 2017, a subpoena was administered to Microsoft Corporation requesting Skype to provide subscriber information and IP logs associated with usernames "jazzymarr" (the target of this investigation) and

"live:dancegirl_34" (the account set up for MV-1).  Microsoft reported the following account information in response to the subpoena:

| | |
|---|---|
| Username: | jazzymarr |
| Account Creation: | 12-26-2012 |
| Time (in UTC): | 09:42:26:704 UTC |
| Account Creation IP: | 68.40.217.73 |
| Current Email Address: | teamvalentine@gmail.com |
| Sign in Name: | jazzymarr |
| First Name: | Jasmine |
| Last Name: | Jasmine |

| | |
|---|---|
| Username: | live:dancegirl_34 |
| Account Creation: | 04-29-2017 |
| Time (in UTC): | 00:18:16:029 UTC |
| Account Creation IP: | 68.40.216.225 |
| Current Email Address: | dancegirl@envy17.com |
| Sign in Name: | dancegirl@envy17.com |
| First Name: | [First name of MV-1] |
| Name: | S |
| Alias: | live:dancegirl_34 |

17.     A subpoena was administered to Comcast requesting subscriber information for IP address "68.40.216.225 on May 3, 2017 at 10:53pm UTC". Comcast reported the following account information in response to the subpoena:

| | |
|---|---|
| Subscriber Name: | Colin Martin |
| Service Address: | 8107 Theisen |
| | Center Line, Michigan 48015 |
| Telephone Number: | (586) 994-6978 |
| Type of Service: | High Speed Internet Service |
| Account Number: | 852910090040299 |
| Account Status: | Active |
| IP Assignment: | Dynamically Assigned |
| E-mail User IDs: | pwherman21@comcast.net |

According to an open source database query, the telephone number linked to this account is registered to "Colin Martin" at "8107 Theisen, Center Line, Michigan."

**Minor Victim 3**

18.    On September 21, 2017, the Delhi Township Police Department in Cincinnati, Ohio, was contacted by the parent of a minor-aged child (herein referred to as MV-3) who was told by an unknown person to engage in sexual activity on camera.  On September 22, 2017, Delhi Township Detective Adam Cox met with MV-3 and his/her parents.  Upon reviewing the contents of MV-3's cell phone, it was discovered MV-3 was befriended by an unknown suspect by the username of "@jazzymarr" on the Musical.ly app.  MV-3 stated he/she had been friends on the app from approximately September 1, 2017, until September 21, 2017.   MV-3 sent "Jazzymarr" a full body video from the bathroom on the Musical.ly app.

19.    MV-3 stated he/she was persuaded to start a Skype video messaging account.  "Jazzymarr" had a Skype account under the name "Jazzy Martinez", and used the persona of a female bisexual modeling agent.  MV-3 was enticed into proving his/her confidence on camera. "Jazzymarr" told MV-3 that his Skype account was "hacked", and the hackers had the video of MV-3 in the bathroom. MV-3 was told to do another video to prove his/herself.  "Jazzymarr" became aware that MV-3 has a younger sibling and told MV-3 if he/she does not send a

video with his/her sibling, the original video from Musical.ly will be released. MV-3 sent another video of him/herself, but "Jazzymarr" kept pushing the issue of getting the sibling and/or a family dog involved sexually.   "Jazzymarr" directed MV-3 to get peanut butter from the kitchen because the dog is not interested. Instead, MV-3 sent another video of him/herself playing with his/her chest as directed.

20.   A   search   warrant   was   administered   to   Musical.ly   requesting subscriber information to include username, first and last name, email addresses, phone   number,   device   model,   account   creation   date   and   IP   address   history associated with user account "@jazzymarr" and MV-3's account from September 1, 2017, through September 25, 2107.   Musical.ly reported the following account information in response to the search warrant:

|  |  |
|---|---|
| Username: | jazzymarr |
| Email: | jazzymartxoxox@gmail.com |
| Sign up date: | 03/12/2017, 04:58:40 GMT+0800 |
| Sign up IP: | 68.40.216.225 |
| Sign up device: | Samsung SAMSUNG-SM-N |

The "Sign Up IP" address for this account is the same IP address that was reported by   Microsoft   as   the   "Account   Creation   IP"   address   for   Skype   account "live:dancegirl_34", which was created by "Jazzymarr" on April 29, 2017, and utilized by MV-1 to communicate.   According to the Comcast subpoena results,

the "Sign Up IP" address is associated with Colin MARTIN in Center Line, Michigan.

21.    On September 26, 2017, a search warrant was administered to Microsoft Corporation requesting Skype to provide subscriber information and IP logs associated with username "Jazzymarr" and MV-3's account.  The subscriber information for the "Jazzymarr" account that was provided by Microsoft to the Delhi Township Police Department matched the subscriber information for the "Jazzymarr" account that was also provided to the Toronto Police Service pursuant to their subpoena on May 4, 2017.

22.    In December 2017, HSI Cincinnati, Ohio, received a request for assistance from the Delhi Township Police Department into the investigation of "Jazzymarr".

23.    On January 24, 2018, MV-3 was interviewed by Cincinnati Children's Hospital Forensic Interview Specialist (FIS) Andrea Richey during which time MV-3 disclosed the following information:

>    i.    MV- 3 disclosed he/she was 12 years old, in 6th grade and had been recently diagnosed with thyroid cancer and utilized a walker to assist with movement.

>    ii.    MV-3 disclosed that "Jasmine" "friended" him/her first on the Musical.ly app.  MV-3 disclosed he/she accepted the request because the profile picture of "Jasmine" had a crown, which meant she was famous on the app and MV-3 thought the

account was a legit account.  "Jasmine" told MV-3 she was a model for the LGBTQ (Lesbian, Gay, Bi-Sexual, Transgender) community. "Jasmine" complimented MV-3 on his/her confidence and appearance.

iii.　MV-3 disclosed "Jasmine" asked him/her to talk in person on Skype.  MV-3 disclosed he/she has never heard the voice of "Jasmine" but saw her via video chat the first time they communicated on Skype without any sound.  MV-3 described "Jasmine" as having black hair and wearing a tank top.  MV-3 disclosed the first time they chatted on Skype was the only time he/she was "Jasmine".  After that, all she saw was a "J" with a circle around it.

iv.　"Jasmine" told MV-3 she was 15 years old, and asked MV-3 if he/she was a teenager, to which MV-3 told her "I think I said I was almost 13".

v.　While on Skype, MV-3 disclosed "Jasmine" asked him/her to take his/her shirt and bra off, which MV-3 did but was "weirded out about it".  MV-3 disclosed he/she asked "Jasmine" to send a picture of her breasts first before she would do it, which "Jasmine" did.

vi.　"Jasmine" also asked MV-3 if he/she was comfortable taking off all his/her clothes, and that "it was like an audition".  MV-3 stated "Jasmine" kept asking and MV-3 "got so mad, I just did it".

vii.　Once MV-3 took all his/her clothes off, "Jasmine" told him/her they were good for the day.

viii.    MV-3 disclosed that he/she blocked "Jasmine", who then contacted him/her on Musical.ly and stated the people who worked for "Jasmine" hacked her phone, saw the videos of MV-3 and were going to use it against MV-3 if he/she didn't unblock "Jasmine" and send another video.

ix.    MV-3 also disclosed "Jasmine" instructed him/her to get their sibling, who was 10 years old, and record them doing sexually explicit things to MV-3.  MV-3 initially refused and "Jasmine" threatened to release the previous videos again.  MV-3 did not involve his/her sibling.

x.    MV-3 then disclosed that "Jasmine" instructed him/her to bring the family dog into a video chat.  "Jasmine" instructed MV-3 to place peanut butter or water on his/her nude body for the dog to lick off.  MV-3 stated he/she faked getting bit by the dog to end the video chat.

xi.    MV-3 disclosed "Jasmine" threatened to release the videos of MV-3 again and told MV-3 to "shake again and we can be done" [referring to MV-3's breasts).  MV-3 disclosed that he/she did as he/she was instructed to do.

xii.    Soon thereafter MV-3 told his/her parent and ceased communication with "Jasmine".  MV-3's parent reported this to the Delhi Township Police Department in Cincinnati, Ohio on or about September 20, 2017.  MV-3 stated the entire communication did not span a long time with "Jasmine" (approximately September 1, 2017 through September 30, 2017).

xiii.    MV-3 was shown screenshots recovered from his/her cell phone of "Jasmine's" profile pictures on Musical.ly and Skype. MV-3 verified the person in the pictures was "Jasmine."

**Minor Victim 4**

24.    On March 22, 2018, SA Walt Willis from the Illinois State Police interviewed the parent of a minor-aged child (herein referred to as MV-4) regarding online communications with an individual identified by the name "Jazmine".  MV-4 was 12 years old at the time of the interview.  MV-4 told his/her parent they had been communicating with and video chatting with "Jazmine" via Skype for over a year.  MV-4 told his/her parent that "Jazmine" would tell him/her to remove his/her clothes and have the family dog lick his/her genitalia while on camera.  MV-4 stated that "Jazmine" would threaten to send the images/videos to MV-4's friends if he/she did not do as "Jazmine" instructed.

25.    MV-4 received a Facebook friend request from "Jazmine Martinez" and the profile picture on the account was of MV-4.  "Jazmine" sent a message to MV-4 that stated, "last chance".

26.    SA Willis was given consent by MV-4's parent to log into MV-4's Facebook account and take over the account.  On March 23, 2018, SA Willis logged into MV-4's Facebook account and accepted the friend request from "Jazmine Martinez", at which time he observed Facebook Messenger conversations between MV-4 and "Jasmine Martinez" from March 17, 2018-

March 19, 2018.  In the conversations, "Jasmine" instructed MV-4 to get back on Skype and threatened to send videos of MV-4 to his/her friends if he/she did not.

27.    On April 6, 2018, SA Willis interviewed a family friend of MV-4 who reported on or about March 21, 2018, she had received Facebook messages from an account with the username "Jazmine Martinez". "Jazmine Martinez" claimed to be a friend of MV-4 and was trying to get ahold of him/her.  "Jazmine Martinez" asked the family friend for MV-4's phone number; however, the family friend was aware MV-4 was being harassed online so she gave "Jazmine Martinez" her own phone number and stated it belonged to MV-4.

28.    SA Willis was informed by the family friend that she texted back and forth with "Jazmine Martinez" who was under the impression the phone number belonged to MV-4.  The messages instructed MV-4 to log back into Skype and message "Jazmine Martinez" or they would share a video of MV-4.  The family friend tried to call the phone number "Jazmine Martinez" was texting from, but the call did not go through.  "Jazmine Martinez" sent a text message asking if they thought "Jazmine" was using a real number.

29.    On April 10, 2018, MV-4 was interviewed at a Child Advocacy Center in Rock Island, Illinois during which time MV-4 disclosed the following information:

a.     MV-4 disclosed he/she met "Jazmine/Jasmine" online over a year ago.

b.     MV-4 disclosed "Jazmine/Jasmine" would repeatedly video chat with him/her on Skype and directed MV-4 to conduct sex acts on camera.

c.     MV-4 disclosed "Jazmine/Jasmine" directed her to watch pornography.

30.    A search warrant was administered to Facebook requesting any and all records of communications to include but not limited to User Contact Information, Length of Service, IP Log, files, contact lists, photos, emails, location information (GPS, WiFi, and/or cellular network), whether or not they are Hidden or Deleted with the IP Address and Device Identifiers and the Date, Time and Time Zone of each activity and messages including deleted messages in relation to Facebook account "https://www.facebook.com/jazmine.martinez.9674227", between March 1st, 2018 thru March 30th, 2018.   Facebook reported the following account information in response to the search warrant:

| | |
|---|---|
| Service | Facebook |
| Target | 100024995175366 |
| Generated | 2018-05-08 19:56:10 UTC |
| Date Range | 2018-03-01 00:00:00 UTC to 2018-03-30 23:59:59 UTC |
| Name | First: jazmine |
| | Last: Martinez |
| Registered Email Address | 235s34pzwi@btks2.anonbox.net |

| | |
|---|---|
| Vanity Name | jasmine.martinez.9674227 |
| Registration Date | 2018-03-22 02:25:09 UTC |
| Registration ip | 2601:40e:4100:9a10:885d:ec0c:2d4d:4910 |
| Account Still Active | true |
| | |
| Ip Addresses | |
| | |
| IP Address | 2601:040e:4100:9a10:885d:ec0c:2d4d:4910 |
| Time | 2018-03-22 02:42:53 UTC |
| Action | Photo uploaded |
| | |
| IP Address | 2601:040e:4100:9a10:885d:ec0c:2d4d:4910 |
| Time | 2018-03-22 02:25:10 UTC |
| Action | Login |

31.    A subpoena was administered to Comcast requesting subscriber information for IP address "2601:040e:4100:9a10:885d:ec0c:2d4d:4910 on March 22, 2018 between 02:25:09 UTC to 02:42:53 UTC".   Comcast identified the subscriber as "Colin Martin" at "8107 Theisen, Center Line, MI 48015".

**MSP Search Warrant Execution at MARTIN's Residence**

32.    In June 2018, Michigan State Police Detective Trooper (MSP D/Trp) Jennifer Schlaufman who is assigned to the Michigan International Crimes Against Children (MI ICAC) Task Force received a request for assistance from the Illinois Attorney General ICAC regarding the communications between MV-4 and "Jasmine Martinez".

33.     On February 20, 2019, personnel from the Michigan ICAC executed a state search warrant at 8107 Theisen, Center Line, Michigan 48015. This warrant reflected only conduct related to "Jasmine Martinez" and MV-4. Colin Clemente MARTIN was encountered at the residence at that time.

34.     MSP D/Trp Schlaufman, MSP D/Trp Brandon Rutt and Secret Service SA Tyler Bennett spoke with MARTIN regarding the nature of the warrant. MARTIN agreed to speak with law enforcement.  MARTIN was informed he was not under arrest at this time.  MARTIN was read his *Miranda* Warnings verbatim, and MARTIN waived his rights. This interview was recorded in its entirety. MARTIN made the following pertinent, non-verbatim statements:

> a.     MARTIN confirmed Comcast was his internet service provider and that his wireless internet access in his residence is secured with a password.
>
> b.     MARTIN denied using any social media on a regular basis and indicated a friend of his had created a Facebook page for him when he was in high school; however, he does not use it.
>
> c.     MARTIN stated he did not Skype; however, later in the interview he acknowledges Skyping with a woman a while ago.
>
> d.     MARTIN denied using the name Jasmine or Jazmine Martinez for a Facebook page or creating one.  He denied Skyping was anyone with MV-4's first name.

e.     MARTIN denied ever being part of Skyping with a child or exploiting a child via Skype.  MARTIN also stated he did not know anyone in Illinois.

f.     MARTIN denied allowing a lot of people to use his WiFi or having a lot of different people in and out of his home.

g.     MARTIN stated since moving into his residence he has only had two current roommates; Carl and Paul Scozzari.  MARTIN stated that both Carl and Paul were currently in the process of moving out of the residence and have been living with him for five years.

h.     MARTIN affirmed that no Child Sexual Abuse Material (CSAM) would be located on any of his devices.

**HSI Search Warrant Execution at Martin's Residence**

35.     Based on the information received from the Toronto Police Service and Delhi Township Police Department for MV-1 MV-2 and MV-3, personnel from HSI Detroit executed a federal search warrant at 8107 Theisen, Center Line, Michigan 48015 on July 16, 2020. Colin Clemente MARTIN and Joana Gazeli were encountered at the residence at that time.

36.     HSI Detroit SA David Alley and Trainer spoke with MARTIN regarding the nature of the search warrant. MARTIN agreed to speak with law enforcement.   MARTIN was informed he was not under arrest at this time. MARTIN was read his *Miranda* rights and signed ICE form 73-025.  He stated he understood his rights and was willing to speak to HSI agents. This interview was

recorded in its entirety. MARTIN made the following pertinent, non-verbatim statements:

a.   MARTIN told agents his birthday, address, phone number of (586) 994-6978 and two emails addresses, "piggposters@gmail.com" and "cmartin@avantsolutions.com". MARTIN stated his father owns the Theissen residence, and he has lived there for approximately six years.

b.   MARTIN stated his internet service provider is Comcast, and his wi-fi password was "pigpig21", which he created around the time they moved in and it has not changed in that timeframe. MARTIN stated, "quite a few people probably know" his wi-fi password, including his former roommates, Paul and Carl Scozzari and "any people they had over".

c.   MARTIN stated he had two laptops, a Lenevo and a Dell, which were both for work.  He also stated he had two cell phones, an iPhone 6s, which was his personal cell phone and a Samsung, which was for work.  MARTIN provided the passwords of "2121" for both cell phones.  MARTIN stated he had his iPhone for approximately one year, and both phones were located in his bedroom upstairs.

d.   MARTIN stated he checked his cell phone when he heard law enforcement entering his residence.

e.   MARTIN told agents Joana Gazeli was his wife, and they had been married for approximately one year.  He stated Gazeli moved into the residence approximately one year ago.

f.  Prior to Gazeli moving into the residence, MARTIN stated he had two roommates, Paul and Carl Scozzari, who were brothers.  MARTIN stated all three of them moved into the residence around the same time, they lived there approximately 4-5 years and moved out approximately one year ago because Gazeli was moving in.

g.  MARTIN claims he only texts with C. Scozzari occasionally, and that they both still live in the area, but he could not remember their addresses.  MARTIN stated both of their phone numbers were in his phone under "Paul" and "Carl".

h.  When asked about social media, MARTIN stated "I don't use it very much", and that he had a Facebook page and an Instagram page, both under his first and last name.  MARTIN claimed to not have any other social media accounts.

i.  MARTIN stated Gazeli has a Facebook page, Instagram and Snapchat account.  He also stated the Scozarri brothers had Facebook pages, he was not sure about Instagram and no other accounts.

j.  When asked about additional email accounts, MARTIN stated he had "colinmartin89@gmail.com" that he's used in the past.

k.  When asked if he has ever been arrested or had previous contact with law enforcement, MARTIN stated no.  When SA Trainer asked him, what happened at the residence last February 2019, MARTIN stated, "oh, I didn't get arrested".  *SA Trainer was referring to the execution of a state search at the residence on February 20, 2019 by the Michigan State Police (MSP) for an investigation of similar nature.  MSP encountered MARTIN

and P. Scozzari inside the residence and both were interviewed. According to the MSP reports, electronic items were seized from the home at that time; however, no arrests were made.

l.   MARTIN described the MSP search warrant as a "similar situation as this", and that their electronic devices were looked at and some were taken and both people were asked "similar questions as this".

m.   MARTIN claimed the phones that were seized during the MSP search warrant were returned, but there were a couple laptops that he never heard back about.  MARTIN stated they seized electronic devices from him and P. Scozzari, but that he was not sure about any of C. Scozzari's items because he was in the process of moving out at the time.

37.   Prior to executing the search warrant at MARTIN'S residence, SA Trainer learned about the search warrant conducted by the Michigan ICAC in February 2019.  SA Trainer contacted D/Trp Schlaufman, who informed her that CSAM was discovered on MARTIN'S laptop that was seized during their search warrant, which included images and videos of MV-4.

**Forensic Evidence**

38.   On November 26, 2020, HSI Detroit Computer Forensic Agent (CFA) David Alley conducted a forensic examination of MARTIN's laptop that was recovered by MSP in February 2019. As it relates to MV1 through MV-4 described above, CFA Alley made the following observations:

a.   A registered owner of "MARTIN" and a user name "MARTIN".

b.   Several different Skype accounts, including a Skype account for jazzymarr with an email address of teamvalentine@gmail.com (this coincides with the contact information related to MV-1 and MV-2 in paragraphs 8-17 above).

c.   Three videos that appear to involve MV-1 and or MV-2, located at file path \Users\MARTIN\Documents\stick\a\dawg\trolldogg\omeg2l\, to include:

   i.   dancegirl753-musically-epicgetsinshowernakedshowsoffverynice.avi This video appears to have been produced on April 30, 2017. This video is approximately 29:32 in length. In this video, MV-1 is observed fully nude and showing and shows her bare vagina. MV-1 is heard to make the comment "What? You're kidding. No one hacked my Musical.ly. You're just trying to get me over there."

   ii.   dancegirl753-musically-epicgetsinshowernakedshowsoffverynice2.avi. This video appears to have been produced on April 30, 2017. This video is approximately 6:48 in length. In this video, MV-1 is observed to be fully nude, with close up shots of her bare bottom and vagina.

   iii.   dancegirl753-musically-crownmeshowssisterinshowerbuttrealquicknicethenherbuttlater.avi. This video appears to have been produced on April 28, 2017. This video is approximately 17:22 in length. In this video MV-1is observed taking video of what is believed to be MV-2 in the shower. MV-2's nude bottom is observed, and MV-1 is heard asking "[MV-2], Did you have fun at soccer today?" MV-1 then shows her own bare bottom at the end of the recording.

26

d.    Two videos that appear to involve MV-3, located at
      \Users\MARTIN\Documents\stick\a\dawg\trolldogg\omeg2l\ to
      include:

    i.    musically-[MV-3's true name]-
      epiclesjbshorthairhugerackshowsboobsnakedrealquickate
      ndnice.avi. This video appears to have been produced on
      September 15, 2017. This video is approximately 15:37
      in length. During this video MV-3 strips nude and her
      bare vagina is visible  At the 11:06 mark of this video,
      MARTIN appears to be sending video of a nude adult
      female to MV-3.

    ii.   musically-[MV-3's true name]-
      epiclesjbshorthairhugerackshowsboobsnakedrealquickate
      ndnice2.avi. This video appears to have been produced
      on or about September 20, 2017. This video is
      approximately 36:02 in length. During this video, MV-3
      removes her clothing, and her breasts and vagina are
      visible. At the 13:16 mark, MV-3 gets her dog.

    iii.  CFA/SA Alley also found a Skype chat from September
      21, 2017 between user jazzymarr and user [MV-3's true
      name]31105 that appears to correlate to this video.
      During this chat, Jazzymarr makes numerous threats to
      extort MV-3 into producing sexually explicit content.
      Jazzymarr states "ok so they said you have to do one
      more thing and then you'll be done after. either get your
      sister to come in or where's your dog". Jazzymarr then
      makes MV-3 choose her dog or sister to engage in sexual
      activity with. Jazzymarr tells MV-3 to let her dog licks
      her "boobs" and tells her to get peanut butter. MV-3
      makes numerous pleas to jazzymarr to include:

      1.    "I will do anything please"

      2.    "help me"

      3.    "please i thought you were my friend"

      4.    "i need help" and

      5.    "Please I will do anything please I'm begging you"

Despite these pleas, Jazzymarr continues to demand she get peanut butter. During the video, MV-3 is observed attempting to have the dog lick her breast and vagina. MV-3 is observed kissing or spitting on her breast which appears to correlate to a demand in the Skype chat in which Jazzymarr says "spit on your boobs" Jazzymarr continues to demand that MV-3 get sister stating "it's too late you dragged her in they said" and "so you have to get her to finish". It does not appear that MV-3 ever complies with the demands to involve her sister.

e.   Six videos that appear to involve MV-4, located at Users\MARTIN\Documents\stick\a\dawg\trolldogg\omeg 2l\, to include:

  i.   [MV-4's true first name]123427-epicbarelyjbgirlfromomegtojasminevidshowsitallnice.avi. This video appears to have been produced on or about July 6, 2016. This video is approximately 5:41 in length. In this video, MV-4 pulls down her shorts and underwear and shows her bare vagina and bottom. MARTIN appears to be using a fake video of an adult female.

  ii.   [MV-4's true first name and part of last name]123427-epicbarelyjbblondegirlfromomegjasminevidgetsdoglicksvagbuttalotnice.avi This video appears to have been produced on or about July 11, 2016. This video is 1:00:57 in length.  In this video, MV-4 shows her bare vagina and at times the focus of camera is on her vagina. MV-4 attempts to have a dog lick her bare vagina multiple times and the dog appears to do so. The dog lick's MV-4 from behind as well. MV-4 is observed spreading her

vagina and masturbating, to include masturbating on her hands and knees.

iii.  [MV-4's true first name and part of last name]123427-epicbarelyjbblondegirlfromomegjasminevidmadgetsnakedinbathroompeesincupnakedinroomshakesbutt.avi. This video appears to have been produced on or about July 20, 2016. This video is 36:43 in length. CFA/SA Alley observed a Skype chat from July 20, 2016 between MARTIN and MV-4 in which MARTIN states "if you don't call i will show yur bf that you were on with me and let yur dog lick your v and butt". MV-4 is observed crying when this video begins and during the video. MV-4 strips nude, with her bare vagina and bottom showing and the camera's focus is on her vagina and bottom. During the video, MV-4's anus is also observed. MV-4 is observed on her knees, and spreads her butt cheeks. MV-4 spreads her legs and rubs her vagina with her hand. During this video, MV-4 urinates in glass jar and drinks it. MV-4 puts on clothes again and then strips nude. During this time her anus is visible and she spreads her vagina.

iv.  [MV-4's true first name and part of last name]123427-epicbarelyjbblondegirlfromomegjasminevidgetsdoglicksvagbuttalotnicepballoverhot.avi. This video appears to have been made on or about July 20, 2016. This video is 43:52 in length. During this video, MV-4 is observed nude and a dog licks her bare vagina and anus. The dog is observed licking her anus, mouth and vagina until approximately the 41 minute mark

v.  [MV-4's true first name and part of last name]123427-epicbarelyjbblondegirlfromomegjasminevidgetsdoglicksvagbuttalotnice2.avi This video appears to have been made on or about July 28, 2016. This video is 17:35 in length. During this video MV-4

strips nude and uses peanut butter to get a dog to lick her vagina and mouth.

vi.  [MV-4's true first name and part of last name]123427-epicbarelyjbblondegirlfromomegjasminevidgetsdoglicksvagbuttalotnice3.avi. This video appears to have been made on or about August 11, 2016. This video is 1:13:55 in length. MV-4 strips nude and a dog licks her from behind, licking either her anus or vagina. MV-4 can be heard crying at or about the 39 minute mark of this video. MV-4 continues crying and sobbing at or about the 43 minute mark. MV-4 is observed urinating in a glass jar, drinking it, and then urinates again

39.  Besides videos and chats related to MV-1 through MV-4, CFA/SA Alley observed thousands of sexually explicit videos, including many that appear to have been made by MARTIN that involve child sexual exploitation conduct similar to that described above involving MV-1 through MV-4. In some of these videos, the age of the victims is difficult to estimate while in other recordings the participants are clearly prepubescent.

40.  For example, in one series of videos, MARTIN uses a different Skype account (alexandriathedemon) and communicates with Skype user kill.me.244 (who identified herself as a 13 year-old girl). This victim will hereinafter be referred to as MV-5. During the Skype chats between MARTIN and MV-5, MARTIN threatens the child numerous times. MARTIN tells her "you care about your little sisters right", "it would be a shame if something terrible happened", "you gonna do what I say or should you officially start to worry" and "im coming

for your family now. You better call 911." MARTIN uses this child's fear to force

her to create sexually explicit recordings both with herself and with her sister, as

described below. MARTIN also threatens to show the video of this minor child and

her sister to their grandmother stating "yeah i guess ill just have to show grandma

the video I have of you and [minor victim's sister name]."

     41.    CFA/SA Alley observed the following four videos that appear to

correlate to MV-5 and her sister or sisters located on MARTIN's computer at

Users\MARTIN\Documents\stick\a\dawg\trolldogg\omeg2l\:

      a.    **kill.me.please244.avi**. This video appears to have been
           produced on or about May 14, 2016. This video appears to be
           their first meeting and appears to be from the chat site
           "Omegle". The child starts out the video happy and smiling but
           becomes distressed as the video goes on. The child is observed
           to be upset with her hand over mouth and breathing heavily.
           There is no audio and it is unknown what MARTIN is saying to
           upset her. A Skype chat between alexandriathedemon and
           kill.me.please244 begins on May 15, 2016 at approximately
           2:53am during which MARTIN states "shut off the site and
           video me on this now". The child states that she is 13 and that
           she hates MARTIN.

      b.    **kill.me.please244-skype-**
           **jbfromomegfnaftagscaredplayingalongtoplessfornow.avi.**
           This video appears to have been produced on or about May 14,
           2016. The child appears in distress, and appears that she is
           about to cry. She takes off shirt and pants and her breasts are
           visible.

      c.    **kill.me.please244-skype-**
           **epicepicepicjbfromomegfnaftagscaredgetsyoungersisteron.a**
           **vi.** This video appears to have been produced May 15, 2016.
           This video is 2:19:49 in length. During this video, the child is
           distressed and is observed with her hands over face and is
           crying. This child gets her younger sister and is observed crying

and holding her sister while they are both nude. The sister is clearly prepubescent. The little sister is also observed to be crying. The little sister kisses the minor victims breasts and they kiss each other. This appears to correlate to numerous instructions from MARTIN in the Skype conversations instructing them to kiss. The sister is observed putting her hand down the other victim's underwear. This appears to correlate to the instruction from MARTIN to "guide her hand" and "show her how it's done". The victim is also observed licking between her sister's butt cheeks. This appears to correlate to the instruction from MARTIN to "spread her butt and keep licking in the middle".

d.   **kill.me.please244-skype-epicepicepicjbfromomegfnaftagscaredgetsyoungersisteron2.avi.** This video appears to have been produced on May 15, 2016 and is 31:42 in length.

e.   **MV-5's statements.** This child makes numerous comments to MARTIN during their Skype chats regarding how frightened she is of him and that she does not want to do what he is asking, to include:

1.   please leave my puppy and my family out of this PLEASE I am begging you.

2.   I have scared myself. Zelda is having nightmares. and I went back to cutting.

3.   you wanna know what scares me the most... it that i knew somebody was watching me i fucking felt it in my bones and i pushed it away because everyone would think i an faking it or lying for attention. an also how i curled up onto the ground trying to not cry yesterday. i held my stomach.. i couldn't move.. it hurt like bloody hell. i was afraid that you would hurt me but then again. you gave me no proof you were even in my state.

f.   **Martin's Statements.** Martin makes numerous disparaging comments to his victim including:

1.   In response to the comment listed above, Martin eventually responds to this child's fears by asking "you done" and "good" "now shut up and call"

2.   "We both know you're useless and disgusting".

3.   "You're a complete loser thathas nothing going for her".

4.  "Useless ragdoll. Your mom thought the same thing. She tossed you aside like an old dolly. Pathetic. You have no value. You do what I say then you're not a complete trash bag."

42.  CFA/SA Alley observed the following 5 videos that appear to correlate to Minor Victim 6 (MV-6), a 14 year-old girl, located on MARTIN's computer at Users\MARTIN\Documents\stick\a\dawg\trolldogg\omeg2l\:

a.  **Jasminevidepicbicuriousgirlfromhawaii[MV-6's true name]_9iggetsnakedplayshot.avi.** This video appears to have been produced on or about November 26, 2017, and is 1:13:43 in length. It appears to be from Omegle and depicts MV-6 nude and masturbating.

b.  **[MV-6's true name]_9-ig-epicjbfromomegscarednowbackoninbathroomgetsnakedallworkedup.avi.** This video appears to have been produced on or about December 2, 2017 and is 20:28 in length. It appears to be from Omegle and female can clearly be heard talking. During this video MV-6 strips nude in a bathroom. At times, the focus of the camera is on her bare bottom or vagina.

c.  **[MV-6's true name]_9-ig-epicjbfromomegscarednowbackoninbathroomgetsnakedallworkedup2.avi.** This video appears to have been produced on or about December 5, 2017, and is 1:03:17 in length. It appears to be from Omegle. MV-6 strips nude and appears to be crying. Her legs are spread and her vagina is clearly visible.

d.  **[MV-6's true name]_9-ig-epicjbfromomegscarednowbackoninbathroomgetsnakedallworkedup3shower.avi.** This video appears to have been produced on or about December 6, 2017, and is 35:11 in length. It appears to be from Omegle. During this video, MV-6 strips nude and showers.

e.  **[MV-6's true name]_9-ig-epicjbfromomegscarednowbackoninbathroomgetsnakedallworkedup4doglickingepic.avi.** This video appears to have been produced on or about December 28, 2017 and is 1:13:30 in length. During this video, MV-6 is observed crying. MV-6

33

strips nude, attempts to have a dog sniff her bottom and lick her vagina. MV-6 places peanut butter on hear breasts for the dog.

    f.  **MV-6's statements.** This child makes numerous audible comments to MARTIN during their Omegle and Skype chats regarding how she does not want to do what he is asking, to include:

      i.  "You're telling me to do all this shit and its fucking weird";

      ii.  "Wait i have to do this again?";

      iii.  "I cant do this all the time because I'm only 14 and you're like way older than me, this isn't right";

      iv.  During the video described in paragraph e, MV-6 is observed sobbing and states "i am done you told me today was my last day and i did everything you told me to"; "you have done way too much to me" and "i cant do it anymore."

43.    CFA/SA Alley observed the following 3 videos that appear to correlate to Minor Victim 7 (MV-7), who according to the Skype chats recovered is a 17 year-old girl, located on MARTIN's computer at Users\MARTIN\Documents\stick\a\dawg\trolldogg\omeg2l\:

    a.  **[MV-7's true name]-skypeflippingoutactingcrazynakedinbathroombedroom.avi.** This video appears to have been produced on or about September 6, 2014, and is 24:31 in length. MV-7 is observed crying and strips nude. MV-7 shows numerous signs of distress throughout this video, to include crying, breathing heavily, rocking back and forth and hitting herself. MV-7 is observed masturbating and sobbing while she does. MV-7 begs to stop numerous times. MV-7's voice is the only one that can be heard but it is clear from the video that she is receiving orders. MV-7 gets and empty glass and urinates into it. CFA/SA Alley did not find corresponding Skype chats for this video.

    b.  **[MV-7's true name]-skypelongtimenoseedayafterchristmasgoesintobathroomnakedpeesintoglassdrinksabitgoesnuts.avi.** This video appears to

have been produced on or about December 26, 2014, and is 26:28 in length. MV-7 is observed nude in the bathroom and urinates into a mason jar. MV-7 then masturbates and drinks some of the urine, coughing and asking "please." MV-7 is observed bruising her teeth and then asks "what do you mean, you said I only had to do a sip" and "I have to drink more?" MV-7 begins crying and begging to be allowed to brush her teeth. MV-7 attempts to drink the urine and begins to gag and spit. MV-7 begins to sob and gets a nosebleed at this time. MV-7 begs to be allowed to take a shower and clean up the blood and then begs to be allowed to leave. CFA/SA Alley did not find corresponding Skype chats for this video.

**c.** **[MV-7's true name]-skypelongtimenoseegetsnakedonbedtripledsnownice.avi.** This video appears to have been produced on or about December 31, 2016, and is 1:12:41 in length. In this video, MV-7 is observed fully nude and masturbating. CFA/SA Alley was able to find Skype chats that appear to correlate to this video. MARTIN, using account alexandriathedemon is observed typing messages to MV-7 that correlate to the video, to include specific ringtones heard.

**d.** During a June 22, 2018, Skype chat, both MARTIN and MV-7 discuss her age, with MARTIN acknowledging that MV-7 is a high school girl and MV-7 stating "I turn 18 in October as well".

**e.** **MV-7's statements.** This child makes numerous audible comments to MARTIN during their chats regarding how she does not want to do what he is asking, to include:

    i.    "whatever fuck it just to get you off my fucking case, just so you can leave me the fuck alone because you're a fucking stupid pervert and i fucking hate you";

    ii.    "im going to kill myself";

    iii.    "you said you would let me go [sobbing]";

    iv.    "mom will catch naked in room";

    v.    "Can you just let me go and can you not share the videos and can you just leave me alone? What do you mean we'll see? What do you mean you're going to share the videos still? After all i did?"

44.    CFA/SA Alley observed the following 6 videos that appear to correlate to Minor Victim 8 (MV-8) located on MARTIN's computer at Users\MARTIN\Documents\stick\a\dawg\trolldogg\omeg2l\:

    a.    **[MV-8's name]-epicepicepicgirlfrommusicallygetsdoglicksinsidemouthbathroomnakedlicksvagbuttniceee.avi.** This video appears to have been produced on or about January 8, 2017, and is 29:24 in length. MV-8 is a minor female who appears to be going through puberty. During this video, MV-8's bare vagina is observed and a dog is observed licking it. During a January 8, 2017, Skype chat between Jazzymarr and this child, MARTIN makes references to the acts that the dog should be engaging in, to include "yeahhh just like that girl let her keep licking" and "kk let her lick your butt from behind now."

    b.    **[MV-8's name]-epicepicepicgirlfrommusicallygoesinbathroomcheeroutfitnakedshowsoffrubsperfecttt.avi.** This video appears to have been produced on or about January 8, 2017, and is 50:19 in length. During this video, MV-8 is observed in a cheerleading outfit and strips nudes, rubbing her vagina and inserting a marker into it.

    c.    **[MV-8's name]-epicepicepicgirlfrommusicallypeesincupdrinksabitstripsplaysmore.avi.** This video appears to have been produced on or about January 9, 2017, and is 42:10 in length. During this video, MV-8 is observed urinating into a glass. This appears to correlate to a January 9, 2017, Skype conversation regarding urination. MV-8 is then observed drinking some of the urine, and is observed nude, rubbing her bare vagina on a stuffed animal.

    d.    **[MV-8's name]-epicepicepicgirlfrommusicallygoesinbathroomshowerbackinroomplaysrubshumpsnice.avi.** This video appears to have been produced on or about January 9, 2017, and is 59:58 in length. During this video, MV-8 is observed taking a shower in the nude. MV-8 lies back and shows her vagina and anus and then masturbates. MV-8 is also observed inserting a marker into

her vagina. This correlates with a January 9, 2017, Skype chat between MARTIN and MV-8 regarding MV-8 inserting markers into her vagina.

e.   **[MV-8's name]-epicepicepicgirlfrommusicallygetsdoglicksinsidemouthbathroomnakedlicksvagbuttniceee2.avi.** This video appears to have been produced on or about January 10, 2017, and is 1:03:16 in length. During this video, MV-8 is observed nude and a dog is observed licking her bare vagina. MV-8 takes a shower and again inserts a marker into her vagina and is observed using a stuffed mermaid toy to masturbate. This appears to correlate to a Skype chat in with MV-8 states "Thanks lemme just bang this mermaid one more time."

f.   **[MV-8's name]-epicepicepicgirlfrommusicallygoesinbathroomshowerbackinroomplaysrubshumpsnice2.avi.** This video appears to have been produced on or about January 14, 2017. In this video, MV-8 is observed nude in the shower. MV-8 urinated into a glass, shows her vagina and anus, and masturbates.

## III.   CONCLUSION

45.   Your Affiant respectfully submits that there is probable cause to believe that Colin Clemente MARTIN violated Title 18, United States Code, Sections 2422(b), which makes it a crime for any person to utilize the mail or any facility or means of interstate or foreign commerce, or within the special maritime and territorial jurisdiction of the United States to knowingly persuade, induce, entice, or coerce any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, or to attempt to do so; as well as Title 18, United States Code, Sections 2251(a), 2252A(a)(2) and 2252A(a)(5)(B), which make it a crime for any

person to knowingly produce, receive, or possess child pornography that has been mailed, shipped, or transported in interstate or foreign commerce by any means, including by computer.

46.   Wherefore by this affidavit and application, Affiant requests that the Court authorize the issuance of a criminal complaint and arrest warrant for **Colin Clemente MARTIN.**

Respectfully submitted,

Laura L. Trainer, Special Agent
Department of Homeland Security
Homeland Security Investigations

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Hon. David R. Grand
United States Magistrate Judge

Date:   December 8, 2020

38