AO 470  (Rev. 01/09)  Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  20-30508 |
| | ) | |
| COLIN MARTIN | ) | |
| | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| *Place:* | *Courtroom:*     Room 104 |
|---|---|
| Via Zoom Video | *Date and Time:* 12/11/2020 at 1pm |

**IT IS ORDERED:**  Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:  December 10, 2020                       s/David R. Grand
                                                          *Judicial Officer's Signature*

                                                           David R. Grand, U.S. Magistrate Judge
                                                          *Printed name and title*